UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
TRAVEL LEADERS GROUP, LLC AND
TZELL TRAVEL, LLC,

                         Plaintiff,

        -against-

GREG CORLEY, also known as Brian p. Sumwalt
also known as Robert Gregory also known as
Aaron Dixon also known as Susi Feltch also known
as Diane Bosch, and NORTH TEXAS TRAVEL
GROUP LLC, D/B/A THE TRAVEL GROUP
LLC,

                   Defendants.
--------------------------------------------------------------X

19 **CIVIL** 1595 (GBD)(JLC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Decision and Order dated March 30, 2022, Magistrate Judge

Cott's Report is ADOPTED in its entirety. Plaintiffs are not entitled to an award of damages or

attorneys' fees or costs. Plaintiffs are entitled to a permanent injunction barring Defendants from

using the name 'North Texas Travel Group,' any name resembling 'Travel Leaders Group,' and

from falsely claiming to be affiliated with Tzell or any other Travel Leaders Group affiliate;

accordingly, the case is closed.

**Dated:**  New York, New York
          March 31, 2022

                                   **RUBY J. KRAJICK**

                                   **Clerk of Court**

                   **BY:**

                                   **Deputy Clerk**